UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___

2005 AUG 15  AM 10: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO. <u>05-20037-B</u> |
| CEDRIC BROOKS, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Kevin Ritz, Assistant United States Attorney applies to the Court for a Writ to have Cedric Brooks, R&I # 97279, DOB 9/22/1964, now being detained at the Shelby County Correctional Center, Memphis, Tennessee, to appear before the Honorable U.S. Magistrate Judge Thomas S. Anderson, August July 18, 2005, at 2:00 p.m., an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 15th day of August, 2005.

_____
Assistant U. S. Attorney

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND GEORGE LITTLE, WARDEN.

YOU ARE HEREBY COMMANDED to have CEDRIC BROOKS, appear before the HONORABLE U.S. MAGISTRATE JUDGE THOMAS S. ANDERSON on the date and time aforementioned.

ENTERED this __15__ day of __August__, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8-15-05__





# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20037 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT