IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FILED IN OPEN COURT.**
DATE: 08-18-05
TIME: 2:44 PM
INITIALS: E

UNITED STATES OF AMERICA,

Plaintiff,

v.      Cr. No. 05-20037-B/V

CEDRIC BROOKS,

Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on __08-18__, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME:       KANDY ALDEN
ADDRESS:
TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
United States Magistrate Judge

Charges:    FELON IN POSSESSION OF A FIREARM

Assistant U.S. Attorney assigned to case: LUCAS

The defendant's age is: 40.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20037 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT