UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 22 AM 10: 35

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Cr. No. 05-20037-B

CEDRIC BROOKS,

    Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS SEARCH OF RESIDENCE, STATEMENTS AND MEMORANDUM IN SUPPORT

Upon motion of the Defendant for leave to file a Motion to Suppress Fruits of Illegal Arrest, Statements of Defendant and Supporting Memorandum, and it appearing that the motion is well taken and for good cause shown:

**IT IS ORDERED** that Defendant's Motion to Suppress Fruits of Illegal Arrest, Statements of Defendant and Supporting Memorandum in this case is hereby **FILED INSTANTER**.

It is so **ORDERED**, this the _22_ day of _Sept_, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20037 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT