IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -7 AM 7:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 05-20037-B |
| CEDRIC BROOKS, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

It is hereby ORDERED that the Government's Motion to Continue the Suppression Hearing in the case of defendant, CEDRIC BROOKS, currently set for November 23, 2005, is hereby GRANTED, and the suppression hearing is hereby reset to January 5, 2006, at 1:30 pm.

DONE at Memphis, Tennessee, this 7th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

-4-

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-8-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20037 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT