IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

2005 NOV 16  AM 9:48

---

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                          CR. NO. 05-20037-B

CEDRIC BROOKS (C)

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

This cause came on for a report date on October 31, 2005. At that time, Counsel for the defendant requested a date for suppression hearing. The Court granted the request and set a suppression hearing date of November 10, 2005. Counsel for the government subsequently requested a continuance, and the matter was re-set for November 23, 2005. Counsel for the government has since moved to re-set that hearing date.

The Court granted the request and re-set the **Suppression Hearing/Report Date for Thursday, January 5, 200**6 **at 1:30 p.m.** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 16 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20037 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT